1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant BROWN
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                        )  No. CR 05-00182 MJJ
12                Plaintiff,            )
                                        )  STIPULATION AND [PROPOSED]
13       v.                             )  ORDER FOR CONTINUANCE OF
                                        )  CHANGE OF PLEA DATE AND
14                                      )  EXCLUSION OF TIME UNDER THE
15 LEON I. BROWN,                       )  SPEEDY TRIAL ACT, 18 U.S.C. §
                                        )  3161 ET SEQ.
16                Defendant.            )

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
18 plea date in this case, currently scheduled for Friday, September 16, 2005, at 2:30 p.m. in Oakland,
19
   California, before Honorable Judge Martin Jenkins, may be continued to Friday, October 14, 2005,
20
   at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins for change of plea.
21
22 The status of the case is that Mr. Brown has reviewed the discovery with counsel and the parties

23 have discussed a disposition in principal. Defense counsel still has some investigation to complete

24 before the change of plea. If the matter is continued one month to October l4, 2005, the additional
25
   time should be sufficient to allow counsel to complete the investigation and for the parties to
26

STIP. CONTINUING
CHANGE OF PLEA DATE         - 1 -

finalize the plea agreement. The parties therefore stipulate that the time from September 16, 2005, to October 14, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to complete the investigation and the parties to finalize the plea agreement.

DATED: September 15, 2005  /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: September 15, 2005  /S/
DAVID L. DENIER
Assistant United States Attorney

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: September 15, 2005  /S/
MARILEE BARBEAU
Legal Secretary

STIP. CONTINUING
CHANGE OF PLEA DATE                - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date, currently scheduled for Friday, September 16, 2005, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, October 14, 2005, at 2:30 p.m., in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from September 16, 2005, to October 14, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to complete the investigation and allow the parties to finalize the plea agreement. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation is necessary to the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 9/16/2005

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
CHANGE OF PLEA DATE — 3 —