E-filing

| | |
|---|---|
| 1  BARRY J. PORTMAN<br>   Federal Public Defender<br>2  JOYCE LEAVITT<br>   Assistant Federal Public Defender<br>3  555 12th Street, Suite 650<br>   Oakland, CA 94607-3627<br>4<br>   Counsel for Defendant BROWN | **FILED**<br>OCT 1 9 2005<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>LEON I. BROWN,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 05-00182 MJJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR CONTINUANCE OF<br>CHANGE OF PLEA DATE AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161 ET SEQ. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, October 14, 2005, at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, November 18, 2005, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins for change of plea. The status of the case is that the parties have discussed a disposition in principal and a plea agreement has been agreed upon. Defense counsel needs additional time to review the plea agreement and other change of plea forms with Mr. Brown prior to the change of plea. If the matter is continued one month to November 18, 2005, the additional time should be sufficient to

STIP. CONTINUING
CHANGE OF PLEA DATE                              - 1 -

1 allow counsel to review all documents prior to the change of plea. The parties therefore stipulate
2 that the time from October 14, 2005, to November 18, 2005, should be excluded in accordance
3 with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate
4 preparation of counsel in order to allow defense counsel to complete review of the plea documents
5 with Mr. Brown prior to the change of plea.

DATED: October 13, 2005      /S/
                              JOYCE LEAVITT
                              Assistant Federal Public Defender

DATED: October 13, 2005      /S/
                              DAVID L. DENIER
                              Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: October 13, 2005      /S/
                              MARILEE BARBEAU
                              Legal Secretary

STIP. CONTINUING
CHANGE OF PLEA DATE          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date, currently scheduled for Friday, October 14, 2005, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, November 18, 2005, at 2:30 p.m., in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from October 14, 2005, to November 18, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to review the plea agreement and other change of plea forms with Mr. Brown prior to the change of plea. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional review and investigation is necessary and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 10/19/2005

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
CHANGE OF PLEA DATE               - 3 -