BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant BROWN

Case 4:05-cr-00182-MJJ   Document 22   Filed 03/09/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00182 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING |
| | ) | SENTENCING DATE |
| | ) | |
| LEON I. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, March 24, 2006, at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, June 16, 2006, at 2:30 p.m., in Oakland, California. Defense counsel needs additional time to investigate various mitigating factors, including Mr. Brown's health, and continue to obtain documents to provide to the United States Probation Office to include in her presentence report. Should the Court continue the date to June 16, 2006, it should allow sufficient time for the United States Probation Officer to receive the documents from defense counsel and complete her investigation and incorporate it into

STIP. CONTINUING
SENTENCING DATE                                    - 1 -

the presentence report prior to sentencing. Should the Court continue sentencing to June 16, 2006, all parties are available on that date.

DATED: 3/9/06

JOYCE LEAVITT
Assistant Federal Public Defender

DATED:

DAVID L. DENIER
Assistant United States Attorney

DATED:

CONNIE COOK
United States Probation Officer

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, March 24, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, June 16, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED:

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
SENTENCING DATE                                         - 2 -

the presentence report prior to sentencing. Should the Court continue sentencing to June 16, 2006, all parties are available on that date.

DATED:

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 3/9/06

DAVID L. DENIER
Assistant United States Attorney

DATED:

CONNIE COOK
United States Probation Officer

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, March 24, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, June 16, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED:

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
SENTENCING DATE

-2-

the presentence report prior to sentencing. Should the Court continue sentencing to June 16, 2006, all parties are available on that date.

DATED: _____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: _____
DAVID L. DENIER
Assistant United States Attorney

DATED: *[signature]*
CONNIE COOK
United States Probation Officer

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, March 24, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, June 16, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED: 3/16/2006

*[signature]*
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
SENTENCING DATE                                    - 2 -