```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOYCE LEAVITT
    Assistant Federal Public Defender
 3  555 12th Street, Suite 650
    Oakland, CA 94607-3627
 4
    Counsel for Defendant BROWN
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )
                                     )  No. CR 05-00182 MJJ
12              Plaintiff,           )
                                     )  STIPULATION AND [PROPOSED]
13      v.                           )  ORDER CONTINUING
                                     )  SENTENCING DATE
14                                   )
                                     )
15  LEON I. BROWN,                   )
                                     )
16              Defendant.           )
17
```

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, June 16, 2006, at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, August 25,, 2006, at 2:30 p.m., in Oakland, California. Defense counsel is continuing to obtain documentation in support of various mitigating factors, including Mr. Brown's health, and also needs additional time to review the draft presentence report with Mr. Brown and provide the United States Probation Office with comments to the draft presentence report. In addition, defense counsel will be unavailable during the last week of July and first two weeks of August. Should the Court continue

STIP. CONTINUING
SENTENCING DATE                 - 1 -

the sentencing date to August 25, 2006, it should allow sufficient time for defense counsel to obtain all of the documentation it needs, and to provide United States Probation Officer with comments to the presentence report as well as additional documentation.

DATED: June 14, 2006

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: June 14, 2006

/S/
_____
DAVID L. DENIER
Assistant United States Attorney

DATED: June 14, 2006

/S/
_____
CONNIE COOK
United States Probation Officer

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

STIP. CONTINUING
SENTENCING DATE - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, June 16, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, August 25, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED: 6/15/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
SENTENCING DATE - 3 -