1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant BROWN
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )
                                     )  No. CR 05-00182 MJJ
12               Plaintiff,          )
                                     )
13          v.                       )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING
14                                   )  SENTENCING DATE
                                     )
15 LEON I. BROWN,                    )
                                     )
16               Defendant.          )

17
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing
18
   date in this case, currently scheduled for Friday, August 25, 2006, at 2:30 p.m. in Oakland,
19
   California, before Honorable Judge Martin Jenkins, may be continued to Friday, October 6, 2006,
20
   at 2:30 p.m., in Oakland, California. The reason for this request is that defense counsel has been
21
   unable to meet with Mr. Brown regarding his presentence report because he has been very sick
22
23 and bedridden for more than a month, including admission to the hospital and a blood transfusion

24 last week. Defense counsel still is in the process of obtaining the most recent medical reports, as

25 well as prior medical records, because they are relevant to the court's consideration of the §3553
26

STIP. CONTINUING
SENTENCING DATE            - 1 -

factors at sentencing. Should the Court continue the sentencing date to October 6, 2006, it should allow sufficient time for defense counsel to meet with Mr. Brown, obtain all of the medical records and prepare for sentencing.

DATED: 8/15/06

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/15/06

/S/
_____
DAVID L. DENIER
Assistant United States Attorney

DATED: 8/17/06

/S/
_____
CONNIE COOK
United States Probation Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, August 25, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, October 6, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED: 8/21/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Judge