| | |
|---|---|
| 1 | KEVIN V. RYAN (California State Bar No. 118321)<br>United States Attorney |
| 2 | MARK KROTOSKI (California States Bar No. 138549)<br>Chief, Criminal Division |
| 3 | JAY R. WEILL  (California State Bar No. 75434)<br>Assistant United States Attorney |
| 4 | Chief, Tax Division<br>DAVID L. DENIER  (California State Bar No. 95024) |
| 5 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 6 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 7 |   Telephone:   (415) 436-6888<br>  Fax:             (415) 436-6748 |
| 8 | |
| 9 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 05-00182-MJJ |
| | ) | |
| v. | ) | STIPULATION AND [~~~~~~~~~~]<br>ORDER CONTINUING |
| | ) | SENTENCING DATE |
| LEON I. BROWN, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, October 6, 2006, at 2:30 p.m. in Oakland, California, before the Honorable Martin J. Jenkins, may be continued to Friday, November 3, 2006, at 2:30 p.m., in Oakland, California.  The reason for this request is that Assistant United States Attorney David L. Denier will be on vacation from September 26, 2006 through October 9, 2006, and from October 15, 2006 through October 20, 2006.  A continuance

///
///
///
///
///

to November 3, 2006, is necessary to allow the government time to respond to the sentencing memorandum that the defendant intends to file.

KEVIN V. RYAN
United States Attorney

Dated: September 25, 2006 /s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

Dated: September 25, 2006 /s/ Joyce Leavitt
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: September 27, 2006 /s/ Constance Cook
CONSTANCE COOK
United States Probation Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Friday, October 6, 2006, at 2:30 p.m., in Oakland, California, before the Honorable Martin J. Jenkins, shall be continued to Friday, November 3, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

Dated: 9/29/2006

MARTIN J. JENKINS
United States District Judge

Stip & Order Cont. Sentencing Date
(CR-05-00182-MJJ) 2