1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00182 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING |
| | ) | SENTENCING DATE |
| | ) | |
| LEON I. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, previously scheduled for Friday, November 3, 2006, at 2:30 p.m. in Oakland, California, before Honorable Judge Martin Jenkins, may be continued to Friday, December 15, 2006, at 2:30 p.m., in Oakland, California. The reason for this request is that Mr. Brown has continued to be bedridden because of extreme arthritis and degeneration of his left knee and his doctor has ordered full knee replacement. The cartilage previously had been completely removed and Mr. Brown has extreme pain in his knee every day such that he can't stretch it out, he can't place weight on it and he can't walk on it. The surgery is likely to occur within the next few

STIP. CONTINUING
SENTENCING DATE                          - 1 -

weeks once the insurance clears. A continuance to December 15, 2006, should allow Mr. Brown to have the surgery prior to sentencing so that he will be able to be present, hopefully without extreme pain, and able to focus on sentencing. Defense counsel has spoken with the United States Probation Officer who has no objection to the continuance.

DATED: 11/6/06

/S/

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 11/6/06

/S/

DAVID L. DENIER
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, previously scheduled for Friday, November 3, 2006, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, December 15, 2006, at 2:30 p.m., in Oakland, California.

SO ORDERED.

DATED: 11/8/2006

HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
SENTENCING DATE                - 2 -